IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOE LOUIS DANSBY                                              PETITIONER

    V.                       Civil No. 02-CV-4141

LARRY NORRIS, Director of
Arkansas Department of Corrections                            RESPONDENT

## ORDER

Currently before the Court is Respondent's Motion for Reconsideration. (Doc. 34.) Respondent requests the Court reconsider its September 22, 2005 order authorizing a two-day psychiatric evaluation of Petitioner. Petitioner has not responded to Respondent's current motion. Petitioner's evaluation was to occur during the week of October 17, 2005. In the event that the evaluation has already occurred, Respondent's motion is moot. In the event that Petitioner's evaluation has not taken place, the Motion for Reconsideration is hereby **DENIED**.

Respondent requests that the Court rule on the procedural default issue regarding any possible mental retardation claim. However, the Court declines to rule on the procedural default issue until all evidence regarding the issue is before the Court. Respondent also requests that the Court reconsider granting access to Petitioner by Dr. Keyes for evaluation, but instead order Petitioner to be evaluated by the Federal Medical Facility in Springfield, Missouri and the Arkansas State Hospital. Respondent's request is founded on concern regarding monetary expenditures of the Federal Public Defender's Office. The Court declines to deny Petitioner's

evaluation by a doctor chosen by his counsel.  As the Court has not been asked to have funds directed for the evaluation, the Court leaves to the Federal Public Defender's Office the choice of how to spend the funds which they have allocated for Petitioner's case.  Upon due consideration, Respondent's Motion for Reconsideration is therefore **DENIED**.

IT IS SO ORDERED this 14th day of November 2005.

/S/ Harry F. Barnes
HARRY F. BARNES
UNITED STATES DISTRICT JUDGE