IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOE LOUIS DANSBY                               PETITIONER

V.                 Civil No. 02-CV-4141

LARRY NORRIS, Director of
Arkansas Department of Corrections           RESPONDENT

**ORDER**

Currently before this Court is the Federal Public Defender's Report and Request for Relief (Request). (Doc. 35) In the Request, the Federal Public Defender requests the Court to remove co-counsel, Craig Lambert, from the present case. Mr. Lambert has responded (Doc. 37) and the Federal Public Defender has filed a reply (Doc. 38). The Court finds that these matters are ripe for consideration.

The Court has reviewed the above filings. The Court is aware that the Federal Public Defender's Office has stated that it can no longer work with co-counsel, Mr. Lambert. There is no reason, that the Court is aware of, that all Petitioner's counsel should not be able to professionally conduct themselves and overcome any personal conflicts and therefore, provide Petitioner with competent and diligent representation. The Court has not been provided with information that would warrant such a drastic action as termination of an attorney/client relationship. Furthermore, the Court has not been provided any authority for the action requested by the Federal Public Defender's Office. Therefore, the Federal Public Defender's request for the Court to

terminate Mr. Lambert's representation of Petitioner is hereby **DENIED**.

The Court reminds Petitioner's counsel of the Duties of Federal Personnel and Appointed Counsel:

> It is the duty of all panel members appointed under this Plan to conform to the highest standards of professional conduct. They are to represent their clients diligently and with the utmost professional skill of which they may be possessed, consistent with their obligations as officers of the court and with the Canon of Ethics to which they subscribe. The services rendered to a person represented by appointed counsel shall be commensurate with those rendered if counsel were privately employed by the person.

§ X(D), Amended Criminal Justice Act Plan, United States District Court, Western District of Arkansas (December 3, 2003).

IT IS SO ORDERED this 14th day of November 2005.

    /S/ Harry F. Barnes
    HARRY F. BARNES
    UNITED STATES DISTRICT JUDGE