IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOE LEWIS DANSBY                                              PETITIONER

        V.                   Civil No. 02-4141

LARRY NORRIS, Director of
Arkansas Department of Corrections                            RESPONDENT

## SCHEDULING ORDER

On October 11, 2002, Petitioner filed a Petition for Writ of Habeas Corpus and Respondent filed a Response on November 6, 2002. (Doc. 1). Petitioner filed a First Amended Petition on June 20, 2003. (Doc. 13.) On October 23, 2003, the Court stayed the case, pending the Eighth Circuit Court of Appeals resolution in Sasser v. Norris, 02-3103. (Doc. 27.) On May 21, 2004, the Court lifted the stay. (Doc. 28.) Respondent filed a response to the First Amended Petition on October 12, 2004. (Doc. 31.) On September 22, 2005, the Court granted Petitioner's motion to permit access to Petitioner for Psychiatric Examination. (Doc. 33.)

In order to efficiently and effectively review Petitioner's case, the Court has determined that any outstanding issues concerning the presentation of evidence on the issue of mental retardation needs to be resolved in a timely fashion. Upon due consideration, the Court orders the following briefing schedule for the completion of discovery and certain motions regarding the mental retardation claim:

* Motions regarding any additional information Petitioner
would like the Court to consider in relation to his mental

retardation claim (such as motions for leave to file a supplemental and/or amended Petition, supplement the record, and for an evidentiary hearing) must be filed by **July 31, 2006**.

Petitioner's failure to file the above mentioned motions will constitute notice to the Court that Petitioner does not intend to present additional evidence regarding the mental retardation claim.

IT IS SO ORDERED this the 14th day of June 2006.

        /S/ Harry F. Barnes
        HARRY F. BARNES
        UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)