IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOE LOUIS DANSBY                                              PETITIONER

    V.                    Civil No. 02-CV-4141

LARRY NORRIS, Director of
Arkansas Department of Corrections                            RESPONDENT

## **ORDER**

Currently before this Court is Petitioner's Motion for Modification of Order Permitting Access to Petitioner For Psychiatric Evaluation. (Doc. 53.) Respondent does not object to the modification.

Petitioner seeks to modify this Court's order of January 23, 2007, requiring the Arkansas Department of Correction to permit a psychiatric evaluation of Petitioner on March 8, 2007. (Doc. 52). Petitioner requests the Court to allow Dr. Dean Delis to conduct the evaluation on May 3, 2007, instead of on March 8, 2007 (Dr. Delis was subpoenaed to testify in another Court on March 8, 2007).

Upon due consideration, the Court finds the motion should be and hereby is **GRANTED.** The Court's Order of January 23, 2007 is hereby modified to permit Dr. Delis to conduct a psychiatric evaluation on May 3, 2007. The Arkansas Department of Corrections is directed to permit Dr. Dean Delis to have access to Petitioner, including direct physical contact on May 3, 2007, so that Dr. Delis may evaluate Petitioner. The evaluation shall be conducted in a private setting. Petitioner is not to be restrained by shackles,

handcuffs, or any other device that would interfere with his full range of motion, unless specifically requested by Dr. Delis or Petitioner's counsel. Dr. Delis will be permitted to have testing materials, to include test kits and an audio tape player, during the evaluation. The Court further orders the Arkansas Department of Corrections to allow Petitioner's counsel, Jennifer Horan, Julie Brain, and Craig Lambert, to be present during Dr. Delis' one-day evaluation. The Court understands the Federal Public Defender's office shall pay for the evaluation.

    IT IS SO ORDERED this 20th day of March 2007.

                                 /S/ Harry F. Barnes
                                 Harry F. Barnes
                                 United States District Judge