IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOE LOUIS DANSBY                                                                PETITIONER

V.                          CIVIL NO. 4:02-cv-04141

RAY HOBBS, Director
Arkansas Department of Corrections                                   RESPONDENT

## **JUDGMENT**

For the reasons stated in the Memorandum Opinion of even date, Petitioner Joe Louis Dansby's First Amended Petition for Writ of Habeas Corpus (ECF No. 13) is hereby **DISMISSED** as moot.

**IT IS SO ORDERED this 14th day of August 2014.**

                                                                        /s/ Susan O. Hickey
                                                                        Susan O. Hickey
                                                                        United States District Judge