IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOE LOUIS  DANSBY                                                                    PETITIONER

V.                                              CIVIL NO. 02-CV-4141

WENDY KELLEY, Director of
Arkansas Department of Corrections                                        RESPONDENT

## ORDER

Attorneys for the Petitioner have filed a Motion to Reconsider (ECF No. 289) the Order (ECF No. 288) denying Petitioner's Motion to Expand Protective Order (ECF No. 282) and the Respondent has responded to the motion (ECF No. 291).

The Court, having considered the motion, finds that it should be, and hereby is, **DENIED.** Not only does the Court find no good cause for expanding the protective order, the Court agrees that, under the circumstances, the more appropriate procedure to modify the protective order would be a motion by the actual counsel for Ward and/or Nooner following a motion to intervene in the Dansby case. *See Flynt v. Lombardi*, 782 F.3d 963, 967 (8th Cir. 2015)("permissive intervention under Rule 24(b) is an appropriate procedural vehicle for non-parties seeking access to judicial records in civil cases").

**IT IS SO ORDERED** this 27ᵗʰ day of October, 2015

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

.

-1-